JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| Soagdia Chacon,<br><br>Plaintiff,<br><br>v.<br><br>M. Leonard and Associates, Inc.,<br><br>Defendant. | Case No. CV 16-05515-AB (AJWx)<br><br>ORDER OF DISMISSAL FOR LACK OF PROSECUTION WITHOUT PREJUDICE<br><br>(PURSUANT TO LOCAL RULE 41) |

On December 29, 2016, the Court issued an Order to Show Cause why this case should not be dismissed for lack of prosecution. A written response to the Order to Show Cause was ordered to be filed no later than January 12, 2017. No response having been filed to the Court's Order to Show Cause,

//
//
//
//

1

1  IT IS ORDERED AND ADJUDGED that the above-entitled case is dismissed,
2 without prejudice, for lack of prosecution and for failure to comply with the orders of
3 the Court, pursuant to Local Rule 41.

Dated: January 18, 2017  _____
HON. ANDRÉ BIROTTE JR.
UNITED STATES DISTRICT JUDGE

2.